JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KAILAI ZENG,<br><br>               Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS,<br>Secretary, Department of Homeland Security, et. al.,<br><br>               Defendants. | No. 8:23-cv-02021-CJC-KESx<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION FOR 60 DAYS PENDING AGENCY ADJUDICATION** |

The Court, having considered the parties' Joint Stipulation To Stay Action For 60 Days Pending Agency Adjudication, and good cause appearing therefor, hereby ORDERS that:

1. This case is stayed for 60 days, up to and including April 29, 2024.
2. Plaintiff shall voluntarily dismiss this action, should U.S. Citizen and Immigration Services adjudicate Plaintiff's I-485 application.
3. Should Plaintiff's application not be adjudicated prior to April 29, 2024, the parties shall file a Joint Status Report on or before April 29, 2024.

Dated: February 22, 2024

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ Wei Kit (Ricky) Tai
_____
Wei Kit (Ricky) Tai
Assistant United States Attorney

Attorneys for Federal Defendants